IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MEYALLI AGUIRRE,

    Plaintiff,

v.        Case No. 1:18-cv-00022-JHR-SCY

SBM, and ARCY WILSON,

    Defendants.

## ORDER TO ARBITRATE PLAINTIFF'S CLAIMS AND STAY ACTION PENDING ARBITRATION

In light of the parties' Stipulation (Doc. 8), and good cause being shown,

**IT IS HEREBY ORDERED:**

1. Plaintiff Meyalli Aguirre is ordered to submit to final and binding arbitration, pursuant to the Federal Arbitration Act and her agreement to arbitrate, her New Mexico Human Rights Act claim against Defendants SBM and Arcy Wilson, and any other claims that could be asserted, in the complaint in this action;

2. The action is stayed until the final determination of the arbitration proceedings.

_____
UNITED STATES MAGISTRATE JUDGE